

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00469-CV

**CASH BIZ, LP**, Redwood Financial, LLC, Cash Zone, LLC dba Cash Biz,
Appellants

v.

Hiawatha **HENRY**, Addie Harris, Montray Norris, and Roosevelt Coleman Jr., et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01545
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply is due on November 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court